UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| SECURITIES & EXCHANGE COMMISSION ) ) ) | |
| Plaintiff, ) ) | 2:03-cv-831-KJD-RJJ |
| vs. ) ) | |
| CENTENNIAL ADVISORS, L.L.C., *et al.*, ) ) | O R D E R |
| Defendant, ) ) | |

This matter is before the Court on the following motions:

1. Motion for Disclosures (#125);
2. Motion for Disclosures (#127);
3. Motion for Disclosures (#129);
4. Motion for Disclosures (#131);
5. Motion for Disclosures (#133);
6. Motion for Disclosures (#134);

The Court having reviewed the motions identified above and the file herein, finds that this case was closed on October 22, 2004. Therefore, the Court finds that there is no reason for any discovery. Good cause appearing therefore,

IT IS HEREBY ORDERED that the motions identified above are **DENIED.**

DATED this   29th   day of February, 2012.

ROBERT J. JOHNSTON
United States Magistrate Judge