1

2

3

4

5        UNITED STATES DISTRICT COURT

6        DISTRICT OF NEVADA

7        * * *

8    SECURITIES & EXCHANGE                )
     COMMISSION                           )
9                                         )
              Plaintiff,                  )        2:03-cv-831-KJD-RJJ
10                                        )
     vs.                                  )
11                                        )
     CENTENNIAL ADVISORS, L.L.C., *et al*., )        O R D E R
12                                        )
              Defendant,                  )
13   _____)

14        This matter is before the Court on the following motions:

15        1.      Motion for Disclosures (#125);

16        2.      Motion for Disclosures (#127);

17        3.      Motion for Disclosures (#129);

18        4.      Motion for Disclosures (#131);

19        5.      Motion for Disclosures (#133);

20        6.      Motion for Disclosures (#134);

21        The Court having reviewed the motions identified above and the file herein, finds that

22   this case was closed on October 22, 2004.  Therefore, the Court finds that there is no reason for

23   any discovery. Good cause appearing therefore,

24        IT IS HEREBY ORDERED that the motions identified above are **DENIED.**

25        DATED this   29th   day of February, 2012.

26

27        _____
          ROBERT J. JOHNSTON
28        United States Magistrate Judge