# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

SECURITIES AND EXCHANGE COMMISSION,

    Plaintiff,

v.

INVESTMENT TECHNOLOGY, INC., *et al.*,

    Defendants.

Case No. 2:03-CV-00831-KJD-RJJ

**ORDER**

    On May 11, 2012, Defendant Ulysses Ware filed Docket No. 175 titled "Emergency Motion: Rule 60(b)(4,6) AND Rule 60(d)(3) Motion." However, this document is substantially unrelated to the present proceedings and is merely a copy of the same titled motion that he filed in an action in the United States District Court for the Northern District of Georgia regarding the suspension of his right to practice in that district.

    Federal Rule of Civil Procedure 12(f) allows the Court, on its own initiative, to strike from a pleading any redundant, immaterial, impertinent, or scandalous matter. Therefore, since Docket No. 175 is immaterial to the present proceedings, the Court orders the Clerk of the Court to strike it. Furthermore, the Court notes that since filing his Motion to Reopen Case (#107) on January 11, 2012, Defendant has filed approximately sixty pleadings variously titled supplements, special

1  exhibits, and appendices.  Additionally, the Court notes that many of those filings violate the timing
2  and procedural rules of the Federal Rules and the Local Rules of the District of Nevada.  Therefore,
3  the Court further orders that the present action is stayed pending resolution of the current motions.  If
4  either party files further documents or motions without leave of the Court, the Court may sanction
5  that party with a permanent filing ban or other sanctions as necessary.

6       Accordingly, IT IS HEREBY ORDERED that the Clerk of the Court **STRIKE** Docket No.
7  175 titled "Emergency Motion: Rule 60(b)(4,6) AND Rule 60(d)(3) Motion" filed May 11, 2012;

8       IT IS FURTHER ORDERED that the present action is **STAYED.**

9       DATED this 15th day of May 2012.

_____
Kent J. Dawson
United States District Judge